IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KTM AG, | ) |
|       Plaintiff, | ) Case No. 21-cv-1379 <br> ) <br> ) <br> ) Judge Elaine E. Bucklo |
| v. | ) <br> ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
|       Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT NO. 114**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff KTM AG hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motion is pending relative to this Defendant. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 114 | zhong jia |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: January 25, 2022      By:    s/Michael A. Hierl
                                                     Michael A. Hierl (Bar No. 3128021)
                                                     William B. Kalbac (Bar No. 6301771)
                                                     Hughes Socol Piers Resnick & Dym, Ltd.
                                                     Three First National Plaza
                                                     70 W. Madison Street, Suite 4000
                                                     Chicago, Illinois 60602
                                                     (312) 580-0100 Telephone
                                                     mhierl@hsplegal.com

                                                     Attorneys for Plaintiff
                                                     KTM AG

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 25, 2022.

                                                         s/Michael A. Hierl