IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KTM AG, | ) |
|         Plaintiff, | ) Case No. 21-cv-1379 |
| | ) |
| v. | ) Judge Elaine E. Bucklo |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
|         Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff KTM AG hereby dismisses with prejudice all causes of action in the complaint as to the Defendant identified below and in Schedule A. No motion is pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 1 | About Car And Motorcycle Store |
| 2 | Abraham's Motor Store |
| 3 | ABTN YLJ Store |
| 4 | Ali motor Store |
| 5 | AM devotee Store |
| 7 | Car-my good friend Store |
| 8 | CC. Discount For Automobile Store |
| 41 | oajfasa |
| 54 | townmollar |
| 125 | A sparepart Store |
| 129 | An unexpected motorcycle Store |
| 146 | Deoxygene Store |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

                                                  Respectfully submitted,

Dated: February 28, 2022        By:    s/Michael A. Hierl
                                                           Michael A. Hierl (Bar No. 3128021)
                                                           William B. Kalbac (Bar No. 6301771)
                                                           Hughes Socol Piers Resnick & Dym, Ltd.
                                                           Three First National Plaza
                                                           70 W. Madison Street, Suite 4000
                                                           Chicago, Illinois 60602
                                                           (312) 580-0100 Telephone
                                                           mhierl@hsplegal.com

                                                           Attorneys for Plaintiff
                                                           KTM AG

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 28, 2022.

                                                      s/Michael A. Hierl